[S. F. No. 16038.   In Bank.   Mar. 4, 1942.]

A. S. JONES et al., Respondents v. STATE OF CALIFOR-
NIA, Appellant.

C. C. Carleton, Frank B. Durkee, C. R. Montgomery and
Robert E. Reed for Appellant.

John J. O'Toole, City Attorney (San Francisco), Henry
Heidelberg and Albert F. Skelly, Deputies City Attorney, Ray
L. Chesebro, City Attorney (Los Angeles), William H. Neal
and Leon T. David, Assistants City Attorney, and Arthur
W. Nordstrom, Deputy City Attorney, as Amici Curiae, on
behalf of Appellant.

E. H. Christian and Eugene K. Sturgis for Respondents.

Holbrook & Tarr, Leslie R. Tarr, Hill, Morgan & Bledsoe,
Stanley S. Burrill, Charles P. McCarthy, Kenneth K. Wright
and Meserve, Mumper & Hughes, as Amici Curiae, on behalf
of Respondents.

CARTER, J.—This is an appeal by the defendant from a
judgment for plaintiffs in an action for damages sustained
as the result of the construction of a subway in the street
fronting plaintiffs' property. The facts are substantially the
same as those presented in several similar cases this day de-
cided, the amount of the award in the instant case being
$6,000. All material legal questions here presented have been
determined in our decision filed this day in the case of *Rose*
v. *State of California*, No. 16040, *ante*, p. 713 [123 Pac.
(2d) 505]. Upon the authority of and for the reasons set
forth therein, the judgment appealed from is hereby affirmed.

Shenk, J., Curtis, J., and Houser, J., concurred.

Appellant's petition for a rehearing was denied April 2, 1942. Gibson, C. J., Edmonds, J., and Traynor, J., voted for a rehearing.